[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 22-12339

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

BRYAN ALEXANDER ARCHILA MATEO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:19-cr-00115-TWT-LTW-2

_____

Before WILSON, JILL PRYOR, and BRASHER, Circuit Judges.

PER CURIAM:

On March 30, 2022, Defendant-Appellant Bryan Alexander Archila Mateo was found guilty by a jury of conspiracy to possess with intent to distribute at least 500 grams of methamphetamine, in violation of 21 U.S.C. §§ 841(b)(1)(A) and 846, and of possession with intent to distribute the same, in violation of §§ 841 and 846, and 18 U.S.C. § 2. He was sentenced to serve a term of 210 months.

Mateo timely filed a notice of appeal and brought forth the following issues:

I.     Whether the district court erred in denying Mateo's motion to suppress evidence from his cell phone.

II.    Whether the district court erred in denying Mateo's motions for a mistrial.

III.   Whether the district court erred in admitting portions of testimony from two federal agents.

IV.    Whether the district court erred in calculating Mateo's sentence.

After review and consideration of the briefs and the record, and having the benefit of oral argument, we find no reversible error, and affirm on all counts.

**AFFIRMED.**